Frank G. Long (#012245)
flong@dickinsonwright.com
J. Alex Grimsley (#019111)
jagrimsley@dickinsonwright.com
Charles S. Price (#006197)
cprice@dickinsonwright.com
Cindy A. Villanueva (#028163)
cvillanueva@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-4568
Phone: (602) 285-5000
Fax: (844) 670-6009
Email: courtdocs@dickinsonwright.com
*Attorneys for Plaintiff/Counterdefendant*

Brian W. LaCorte (AZ Bar No. 012237)
*lacorteB@ballardspahr.com*
Mitchell Turbenson (AZ Bar No. 033278)
*turbensonM@ballardspahr.com*
Jonathon A. Talcott (AZ Bar No. 030155)
*talcottj@ballardspahr.com*
**BALLARD SPAHR LLP**
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Tel: 602.798.5400
Fax: 602.798.5595

Brett M. Schuman (*pro hac vice*)
*BSchuman@goodwinlaw.com*
Jeremy N. Lateiner (*pro hac vice*)
*JLateiner@goodwinlaw.com*
Nicholas M. Costanza (*pro hac vice*)
*NCostanza@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel: 415.733.6000
Fax: 415.677.9041
*Attorneys for Defendant/Counterclaimant Central Coast Agriculture, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Plaintiff/Counter-defendant,<br><br>v.<br><br>Central Coast Agriculture, Inc., a Delaware corporation,<br><br>Defendant/Counterclaimant. | Case No. 2:19-cv-05216-PHX-MTL<br><br>**STIPULATION FOR ORDER GRANTING LEAVE FOR BBK TO FILE A REVISED EXHIBIT Q TO BBK'S OPPOSITION TO CCA'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1    Plaintiff/Counter-Defendant BBK Tobacco & Foods, LLP ("BBK") and Defendant/Counterclaimant Central Coast Agriculture, Inc. ("CCA") hereby respectfully submit this Stipulation For Order Granting Leave for BBK to File a Revised Exhibit Q to BBK's Opposition to CCA's Renewed Motion for Partial Summary Judgment.

Exhibit Q to BBK's Opposition is a declaration by BBK's expert Dr. Stec filed under seal at Doc. 260-4. The declaration states that Dr. Stec's confusion report is attached thereto, but BBK did not submit that report to the Court.

CCA's Reply in Support of Renewed Motion for Partial Summary Judgment ("CCA's Reply") [Doc. 251] includes a statement that "BBK should be required to supplement the record to" include Dr. Stec's confusion report or the Court should disregard Dr. Stec's declaration filed as Exhibit Q. [*Id.* at pg. 12, fn. 17].

BBK states that to minimize the scale of filings and avoid duplication, it decided not to add the entire over-200-page Dr. Stec confusion report and exhibits as an attachment to the Dr. Stec declaration filed as Exhibit Q to BBK's Opposition to CCA's Renewed Motion for Partial Summary Judgment [Doc. 230-8]. As a matter of record, a portion of Dr. Stec's confusion report is already in the record because CCA filed an excerpt as Exhibit 113 to CCA's Renewed Motion for Partial Summary Judgment [Doc. 206-33].

Subsequent to CCA's Reply, the parties conferred regarding CCA's demand and the parties agreed that, in order to provide a more complete record to the Court, BBK and CCA, thorough undersigned counsel, stipulate and request that the Court enter the accompanying form of order granting leave for BBK to file a revised Exhibit Q that includes the entire Dr. Stec confusion report, inclusive of its exhibits, as an exhibit to Dr. Stec's declaration. CCA agreed that Dr. Stec's report and exhibits can be filed publicly.

RESPECTFULLY SUBMITTED this 9th day of December, 2021.

| | |
|---|---|
| *s/ Cindy Villanueva* | *s/ Mitchell Turbenson (with permission)* |
| Frank G. Long | Brian W. LaCorte |
| J. Alex Grimsley | Mitchell Turbenson |
| Charles S. Price | Jonathan A. Talcott |
| Cindy A. Villanueva | **BALLARD SPAHR LLP** |
| **DICKINSON WRIGHT PLLC** | 1 East Washington Street, Suite 2300 |
| 1850 N. Central Ave., Suite 1400 | Phoenix, AZ 85004-2555 |
| Phoenix, Arizona 85004-4568 | |
| *Attorneys for Plaintiff/Counter-defendant* | Brett M. Schuman |
| | Jeremy Lateiner |
| | Nicholas M. Costanza |
| | **GOODWIN PROCTER LLP** |
| | Three Embarcadero Center |
| | San Francisco, CA 94111 |
| | *Attorneys for Defendant/ Counterclaimant Central Coast Agriculture, Inc.* |

2

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | |

I hereby certify that on the 9th day of December, 2021, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

By: *s/ Veronica Newbanks*