Frank G. Long (#012245)
flong@dickinsonwright.com
J. Alex Grimsley (#019111)
jagrimsley@dickinsonwright.com
Charles S. Price (#006197)
cprice@dickinsonwright.com
Cindy A. Villanueva (#028163)
cvillanueva@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-4568
Phone: (602) 285-5000
Fax: (844) 670-6009
Firm Email: courtdocs@dickinsonwright.com

*Attorneys for Plaintiff/Counterdefendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Plaintiff,<br><br>v.<br><br>Central Coast Agriculture, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-05216-PHX-MTL<br><br>**BBK'S RESPONSE AND NON-OPPOSITION TO CENTRAL COAST AGRICULTURE, INC.'S MOTION TO SEAL [DOC. 285]** |
| Central Coast Agriculture, Inc., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Counterdefendant. | |

Plaintiff and Counterdefendant BBK Tobacco & Foods, LLP ("BBK"), by and through undersigned counsel, hereby responds to Central Coast Agriculture, Inc.'s Motion to Seal ("Motion to Seal") [Doc. 285] and states that BBK has no opposition to the relief requested in CCA's Motion to Seal.

RESPECTFULLY SUBMITTED this 6th day of January, 2022.

/s/ J. Alex Grimsley
Frank G. Long
J. Alex Grimsley
Charles S. Price
Cindy A. Villanueva
**DICKINSON WRIGHT, PLLC**
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-4568
*Attorneys for Plaintiff/Counterdefendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2022, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

By: */s/ Sheri Schreckengost*