Frank G. Long (#012245)
flong@dickinsonwright.com
J. Alex Grimsley (#019111)
jagrimsley@dickinsonwright.com
Charles S. Price (#006197)
cprice@dickinsonwright.com
Cindy A. Villanueva (#028163)
cvillanueva@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-4568
Phone: (602) 285-5000
Fax: (844) 670-6009
Firm Email: courtdocs@dickinsonwright.com

*Attorneys for Plaintiff/Counterdefendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Plaintiff,<br><br>v.<br><br>Central Coast Agriculture, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-05216-PHX-MTL<br><br>**BBK'S PARTIAL OPPOSITION TO CENTRAL COAST AGRICULTURE, INC.'S MOTION TO SEAL [DOC. 343]** |
| Central Coast Agriculture, Inc., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Counterdefendant. | |

Plaintiff and Counterdefendant BBK Tobacco & Foods, LLP ("BBK"), by and through undersigned counsel, respectfully submits this memorandum in response to the Motion to Seal ("Motion")[Doc. 343] filed by Defendant and Counterclaimant Central Coast Agriculture, Inc. ("CCA").

CCA's Motion seeks to seal, among other things, the following documents:

- BBK's Opposition to CCA's Motion to Exclude the Testimony of BBK's Expert Dr. On Amir ("Amir Opposition") because, CCA contends, the Amir Opposition contains CCA's confidential market research and future business plans information at page 6 line 19 to page 7 lines 1 (the "Amir Opposition Information").

- BBK's Opposition to Defendant's Motion to Exclude Testimony of Plaintiff's Expert Dr. Stec ("Stec Opposition"), including pages 36-37 of Exhibit A, because, CCA contends, pages 36-37 of Exhibit A and the Stec Opposition at page 10 lines 12-14, page 12 fn. 4, and page 14 lines 5, 7-15, and 17 contain CCA's confidential financial information and sales history (the "Stec Opposition Information"); and

- Exhibit C to BBK's Opposition to CCA's Motion to Exclude Testimony of BBK's Expert Francis X. Burns ("Burns Opposition"), because, CCA contends, the Burns Opposition contains CCA's confidential financial information and sales history.

BBK opposes CCA's motion to seal the Amir Opposition Information, the Stec Opposition Information and Exhibit C to the Burns Opposition. As is explained more fully below, CCA has provided no "compelling reasons" to seal this information. The Amir Opposition Information the Stec Opposition Information and Exhibit C to the Burns Opposition is information CCA publicly disclosed already or otherwise in the public domain.

The Amir Opposition Information is a quote from Dr. Honka's rebuttal report (Exhibit 6 to CCA's Motion to Exclude the Testimony of BBK's Expert Dr. On Amir).

1

1  CCA publicly filed Dr. Honka's rebuttal report in CCA's Motion for Partial Summary
2  Judgment (Doc. 206-36, Ex. 116).  In fact, the Index of Exhibits filed by CCA with
3  CCA's Motion specifically states, in regard to Dr. Honka's Rebuttal Report, that "CCA
4  consents to the information contained therein being publicly disclosed." (Doc. 203-1,
5  Listing Ex. 116).

6  The Stec Opposition Information is no longer a trade secret or even confidential
7  due to CCA's own public disclosure of the information in its prior public filings in this
8  case.  For one, pages 36-37 of Exhibit A of the Stec Opposition are excerpts from Dr.
9  Stec's report, which CCA filed publicly as Exhibit 2 of CCA's Motion to Exclude the
10 Testimony of Plaintiff's Expert Dr. Jeffrey Stec (Doc. 314-4, Ex. 2).  Second, the Stec
11 Opposition Information shown at page 10 lines 12-14, page 12 fn. 4, and page 14 lines 5,
12 7-15, and 17 are all quotes or references from Exhibit A of the Stec Opposition.  Since
13 the underlying information is public, the Stec Opposition Information should not be
14 sealed.

15 Further, Exhibit C to the Burns Opposition is, with the exception of footnote 2 at
16 page 25, information publicly disclosed in a prior public filing in this case. CCA's Fifth
17 Supplemental Response to BBK's First Set of Interrogatories: ROG 5 was filed publicly,
18 with CCA's consent, as Exhibit I to BBK's Opposition to CCA's Motion for Partial
19 Summary Judgment (Doc. 229-10).  Furthermore, the information contained in footnote
20 2 at page 25 of Exhibit C is not substantively different from the information contained in
21 footnote 1 at page 23, which information is in the public domain (Doc. 229-10 at 23 n.1).

22 BBK neither joins in nor opposes the remainder of CCA's Motion, leaving to the
23 Court's determination the issue of whether CCA's Motion discharges CCA's burden of
24 showing "compelling reasons" for sealing those materials.

1   RESPECTFULLY SUBMITTED this 16th day of March, 2022.

<u>/s/ Cindy Villanueva</u>
Frank G. Long
J. Alex Grimsley
Charles S. Price
Cindy A. Villanueva
**DICKINSON WRIGHT, PLLC**
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-4568
*Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVIC-E

I hereby certify that on the 16th day of March 2022, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

By: */s/ Veronica Newbanks*

4856-0848-6658

4