Frank G. Long (#012245)
flong@dickinsonwright.com
J. Alex Grimsley (#019111)
jagrimsley@dickinsonwright.com
Charles S. Price (#006197)
cprice@dickinsonwright.com
Cindy A. Villanueva (#028163)
cvillanueva@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-4568
Phone: (602) 285-5000
Fax: (844) 670-6009
Firm Email: courtdocs@dickinsonwright.com

*Attorneys for Plaintiff/Counterdefendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Plaintiff,<br><br>v.<br><br>Central Coast Agriculture, Inc., a Delaware corporation,<br><br>Defendants.<br><br>Central Coast Agriculture, Inc., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Counterdefendant. | Case No. 2:19-cv-05216-PHX-MTL<br><br>**BBK'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO CCA'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1   BBK Tobacco & Foods, LLP ("BBK") respectfully submits, pursuant to this
2   Court's Order [Doc. 395], this supplemental memorandum in opposition to the Renewed
3   Motion for Partial Summary Judgment ("Motion") by Central Coast Agriculture, Inc.
4   ("CCA") [Doc. 203].

5   Exhibits EE-HH hereto (the "New Information") show that CCA is manufacturing
6   and selling a Raw Garden-branded product combining marijuana flower with "Refined
7   Live Resin™ Crushed Diamonds" (a marijuana concentrate CCA sells under the Raw
8   Garden brand [Doc. 229-10 at 24]) in a rolling paper with a paper tip/filter ("Raw Garden
9   Infused Joints").[1] All of the documents are authenticated.[2] CCA's counsel confirmed that
10  CCA recently released a commercially available pre-roll product [Ex. HH at ¶8], and
11  CCA's own website displays images and other information confirming that CCA uses the
12  Raw Garden name to identify this new product:

 

[Ex. GG at BBK023229 and BBK023236]  Raw Garden Infused Joints are being sold to consumers in California dispensaries. [Ex. FF at Exs. C-D & ¶8]  It is undisputed that CCA's Raw Garden products and BBK's RAW® products are sold "in hundreds of the same dispensaries in California." [Doc. 203 at 18:3-4]  The New Information precludes CCA from advocating earlier contentions on several *Sleekcraft* likelihood of confusion factors and as to laches. [Motion at 10:18-11:5 (adopting confusion arguments in laches)]

**_Relatedness of Products_**.  The Raw Garden Infused Joints refute CCA's bald

---

[1] BBK is NOT asserting that the Raw Garden Infused Joints use RAW® branded rolling papers or tips/filers such as those shown in Doc. 229-2 at Ex. 2 at BBK0000759-60.
[2] *But see Romero v. Nevada Dep't of Corrections*, 673 Fed. App'x 641, 644 (9th Cir. 2016) ("Rule 56 was amended in 2010 to eliminate the unequivocal requirement that evidence submitted at summary judgment must be authenticated").

1

assertion that CCA's Raw Garden marijuana concentrates **"cannot"** be used with BBK's rolling papers or other smoking accessories [*e.g.*, *id.* at 15:13-15].[3] The new product is proof that CCA itself is using its marijuana concentrate product with rolling papers and filters/tips to create a "joint."

***Similarity of Marks***. The New Information is further evidence of CCA's use of the name "Raw Garden" without the "sprout" logo. [*E.g.*, Ex. GG at BBK023229 (identifying "Raw Garden Infused Joints") (excerpt reproduced above)]

***Actual Confusion***. The Raw Garden Infused Joints are a marijuana flower product, nullifying CCA's criticism of Dr. Stec's inclusion of consumers of cannabis flower products in his survey population. [Motion at 18:18-19:1]

***Overlapping Marketing Channels***. The Raw Garden Infused Joints use a marijuana concentrate with rolling paper and filters/tips, refuting CCA's assertion that CCA's Raw Garden-branded cannabis concentrates cannot be used with products, like rolling papers, that BBK identifies with its Family of RAW® Marks [*id.* at 20:16-18; 21:2-4], and that are sold in hundreds of same California dispensaries [*id.* at 18:3-4].

***Degree of Care***. The Raw Garden Infused Joints refute CCA's arguments that: (i) the parties' products cannot be used together [*id.* at 22:1]; (ii) CCA's consumers are distinct from marijuana flower product consumers [*id.* at 21:21-23]; and (iii) Dr. Amir ignored that alleged consumer distinction [*id.* at 23:3-11].

***CCA's Intent***. The Raw Garden Infused Joints include on the label the ® notation indicating (falsely) that CCA owns a U.S. Patent and Trademark Office registration for the "Raw Garden" name as a trademark for the pre-rolled "cannabis joints" inside the package [Ex. FF at Ex. E; Ex. GG at BBK023236]. That false representation is further evidence of CCA's intent to mislead consumers and create a false equivalence with BBK's RAW® products.

---

[3] *See also* Doc. 251 at 1:8-10 ("CCA . . . has never sold Raw Garden-branded pre-roll joints") (as modified by Doc. 277); at 9:5-7 ("With respect to the parties' core products, it is undisputed that one cannot be used with the other. . . . CCA sells cannabis concentrate products that cannot be used with rolling papers").

1      RESPECTFULLY SUBMITTED this 26th day of April, 2022.

                                  */s/ J. Alex Grimsley*
                                  Frank G. Long
                                  J. Alex Grimsley
                                  Charles S. Price
                                  Cindy A. Villanueva
                                  **DICKINSON WRIGHT, PLLC**
                                  1850 N. Central Avenue, Suite 1400
                                  Phoenix, Arizona 85004-4568
                                  *Attorneys for Plaintiff/Counterdefendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2022, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

By: /s/ Sheri Schreckengost