# Exhibit 1

# REPORT OF ON AMIR, Ph.D., ON CONSUMER DEGREE OF CARE FOR CANNABIS PRODUCTS SOLD IN CALIFORNIA

**August 13, 2021**

**Re: BBK Tobacco & Foods, LLP, an Arizona Limited Liability Partnership, d/b/a HBI International v. Central Coast Agriculture, Inc., a Delaware corporation.**

**U.S. District Court, District of Arizona, Case No. 2:19-cv-05216-MTL**

## I. Qualifications

1. I am the Wolfe Family Presidential Endowed Chair in Life Sciences, Innovation, and Entrepreneurship, Professor of Marketing, University of California, San Diego. I have been a professor of marketing for the past eighteen years. I received my PhD in Management Science and Marketing from Massachusetts Institute of Technology in 2003, and then accepted a position as an Assistant Professor of Marketing at Yale University. I then moved to help found the Rady School of Management at UC San Diego in 2005, where I was the first founding member of the marketing department and am now a chaired professor and an associate dean.
2. I have taught Marketing Management, Pricing, Consumer Behavior, Business Analytics, Marketing Strategy, Market Research, Lab to Market, and Data Driven Decision Making at the MBA and Executive levels, as well as many specific programs for major corporations (both nationally and internationally). I also taught the core MBA Marketing Management course at Kellogg School of Management in Northwestern University, at Yale School of Management, at Recanati School of Business of Tel Aviv University, Israel, at IDC Herzelia, Israel, and at C.K. GSB in Shanghai, China.
3. I have consulted with numerous companies in many industries on topics relating to market analysis, market research, business strategy, customer insights, branding, customer analysis, new product launches, pricing, promotions, and customer relationship management. I am also the Chief Behavioral Science Officer at Fiverr, Inc. and serve on the advisory board of several companies.
4. I have published numerous highly cited and award-winning articles in leading marketing and psychology journals, and I am often invited to lecture in leading business school and professional meetings. I have also designed and conducted hundreds of consumer surveys, both for my academic research and consulting work. My professional qualifications are described further in my curriculum vitae, which is attached as Appendix A.
5. I have also served as an expert witness in several cases, including consumer protection class actions. Appendix A also lists matters where I have testified as an expert witness. I have also been retained on several cases that either settled or are ongoing.
6. My rate of compensation for this assignment is $900 per hour. No compensation is contingent upon the outcome of this research or of the case.

## II. Assignment

I have been retained by counsel on behalf of BBK Tobacco & Foods, LLP, d/b/a HBI International (“BBK” or “Plaintiff”) to provide an expert opinion in pending litigation between BBK and Central Coast Agriculture, Inc. (“CCA”) as to the degree of care likely to be exercised by purchasers of cannabis products in California and, in particular, the purchasers of the cannabis products offered for sale under the Raw Garden trademark by CCA.

This opinion is based on my knowledge of the subject of consumer decision making, my experience in

providing advice on that issue, my research into various aspects of consumer decision making, my qualitative field research regarding the retail sales of cannabis products in California, and my review of certain testimony and documents provided by CCA in discovery in its litigation with BBK including, in particular, five reports prepared for CCA by mfour, a consumer research company, and disclosed by CCA in the litigation between CCA and BBK (listed below).

The mfour reports describe industry survey research conducted for CCA by mfour with the following stated goal: "CCA/Raw Garden would like to uncover consumer attitudes toward Cannabis shopping with a goal of shaping marketing and merchandising, specifically focusing on resin and vape category consumers."[1] The data in the mfour reports provide, among other things, information about consumer purchasing decisions that reflect the level of consumer involvement in the purchase of products offered under the Raw Garden trademark.

The qualitative field research that I conducted involved visiting in person five retail locations in San Diego on August, 7, 2021 that sell cannabis products, including cannabis products under the Raw Garden trademark as well as products sold under BBK's RAW® trademark. In the course of that research, I was able to observe the consumer in-store purchasing experience.

The information, analysis, and conclusions set forth in this report are based upon the information currently available to me. To the extent additional relevant information becomes available, I reserve the right to supplement, update, or amend this report, if warranted.

## III. Materials Reviewed/Actions Taken

I have reviewed the following documents:

1. mfour CA Dispensary Profiling Research, dated December 2019 [CCA001033, Highly Confidential- Attorney's Eyes Only] (referred to herein as "2019 mfour Report")
2. Excel sheets related to mfour CA dispensary Profiling Research, dated December 2019 [CCA1034-1059, Highly Confidential- Attorney's Eyes Only]
3. mfour Raw Garden Tracker, dated Q1 2020 [CCA001113, Highly Confidential- Attorney's Eyes Only] (referred to herein as "2020 Quarter 1 mfour Report")
4. Excel sheets related to mfour r Raw Garden Tracker, dated Q1 2020 [CCA001114-1157, Highly Confidential- Attorney's Eyes Only]
5. mfour Raw Garden Tracker, dated Q2 2020 [CCA001164, Highly Confidential- Attorney's Eyes Only] (referred to herein as "2020 Quarter 2 mfour Report")
6. Excel sheets related to mfour Raw Garden Tracker, dated Q2 2020 [CCA001165-1214, Highly Confidential- Attorney's Eyes Only]
7. mfour Raw Garden Tracker, dated Q3 (wave 4) 2020 [CCA001027, Highly Confidential- Attorney's Eyes Only] (referred to herein as "2020 Quarter 3 mfour Report")
8. Excel sheets related to mfour Raw Garden Tracker, dated Q3 2020 [CCA002920-2977, Highly Confidential- Attorney's Eyes Only]
9. mfour Raw Garden Tracker, dated Q4 (wave 5) 2020 [CCA001870-1907, Highly Confidential- Attorney's Eyes Only] (referred to herein as "2020 Quarter 4 mfour Report")

[1] The stated goal is the same for all five (5) mfour reports I reviewed.

10. Deposition of Darren Clark, dated February 25, 2021

I have visited and conducted qualitative field research (e.g., observations) at the following five cannabis dispensaries in San Diego, California, on August 7th, 2021:

1. Torrey Holistics Inc. - 10671 Roselle St #100, San Diego, CA 92121
2. Mankind Cooperative - 7128 Miramar Rd, San Diego, CA 92121
3. Columbia Care - 4645 De Soto St, San Diego, CA 92109
4. Urbn Leaf - 1028 Buenos Ave, San Diego, CA 92110
5. Golden State Greens - 3452 Hancock St, San Diego, CA 92110

## IV. Consumer Decision Making Background

The recent 50 years have seen tremendous improvement in our understanding of human decision making. In particular, much research has documented and investigated consumer decision making, and in particular consumers decision of whether to buy products and services. Scientific work on this topic has produced a number of useful theories and models that characterize the manner in which consumers make purchasing decisions, as well as the types of factors influencing these decisions. In what follows I focus on two such models that shed light on the question at hand.

### a. Consumer Involvement

Consumer purchasing behavior generally takes place on a continuum between "low involvement," with the canonical example of buying gum, to "high involvement," exemplified by purchasing a house. Consumer level of involvement is often described as degree of care, with "low involvement" being consistent with low degree of consumer care and "high involvement" being consistent with high degree of consumer care.

The level of involvement is characterized by (1) the degree to which information is scrutinized, (2) which specific attribute levels carry weight in the decision process, and (3) the length of time to decision.[2]

More concretely, if consideration of product characteristics can make the difference between a purchase and a non- purchase, the product is likely high involvement; conversely, if a consumer chooses mostly based on price, the product is likely low involvement. Moreover, high involvement processing is consistent with central route processing, whereby the merit of the evidence is key, such that, for example, fewer yet stronger arguments prevail, while low involvement is associated with peripheral route processing, whereby heuristic cues prevail, such that a greater number of arguments will sway the judgement, regardless of their merit.[3]

### b. Consumer Purchase Decisions

Decades of research in marketing and consumer decision making conceptualize the prototypical buying decision process as a series of five stages: (1) need/problem recognition -> (2) information search -> (3) evaluation of alternatives -> (4) purchase -> (5) post-purchase.[4]

For example, a customer who notices that her stock of a certain product is running low may begin the buying decision process by wondering if she has a general need for the product. If yes, she then may wonder if she knows enough information before feeling ready to purchase it, and may engage in an

---

[2] Kotler, P., & Keller, K. L. (2016). *A framework for marketing management* (p. 352). Boston, MA: Pearson.

[3] Petty, R. E., & Cacioppo, J. T. (1986). The elaboration likelihood model of persuasion. In *Communication and persuasion* (pp. 1-24). Springer, New York, NY.

[4] Kotler, P., & Keller, K. L. (2016). *Id.*

explicit or implicit search that may help her with identifying alternatives—such as purchasing the same product from different locations or channels and/or buying different brands of a similar product. Based on these alternatives, the consumer would then form a consideration set consisting of viable options.[5]

Thereafter, she may evaluate these alternatives, wondering whether any of them is worth buying (vs. not purchasing). This "consideration stage" is followed by the "purchase stage," during which the consumer decides whether to buy right now, whether to wait, or whether to abandon the pursuit of this product altogether. Of course, at each stage, she may decide to exit the buying process for various reasons, such as not being sure she has a need for the general product category at the moment, not knowing enough about the available options to make a choice, realizing that none of the alternatives seem to be worth purchasing, or being uncertain if she should buy her favored option now or later.

The consumer purchase process is important for understanding the context of this case: the more involved the consumer is, the more likely is she to engage and exhibit all the different stages in the process. A less involved consumer, for example, is less likely to engage in thorough information search prior to arriving at the store, or is less likely to form an explicit consideration set prior to observing in-store availability of these considered products. Conversely, a highly involved consumer may already have an explicit consideration set (a specific set of potential products), and leave the store upon discovering they are currently out of those products.

## V. Assessment of the mfour Reports

The five mfour reports present the results of repeated market research done by survey by mfour, starting in December 2019 and ending December 2020. After mfour provided the December 2019 survey and report to CCA, mfour conducted four additional surveys and reports in 2020, one for each quarter. The questions were identical in all five mfour reports.

The stated goal in each mfour report was as follows: "CCA/Raw Garden would like to uncover consumer attitudes toward Cannabis shopping with a goal of shaping marketing and merchandising, specifically focusing on resin and vape category consumers." [6]

I reviewed in the entirety of each mfour report produced by CCA in the litigation with BBK, but I did not have access to the survey instrument or to the detailed study methodology used by mfour to collect that data supporting the conclusions expressed in the report.

Based on my review of all five mfour reports, the reports depict a fairly stable pattern of results to the questions presented (with small variations over time). Each one of the five reports describes results from 300 consumers, equally distributed between Northern California and Southern California, with a minimum representation of mobile app and dispensary of 75 consumers each.

---

[5] Hauser, John R., and Birger Wernerfelt (1990), "An evaluation cost model of consideration sets," Journal of Consumer Research, 16 (4), 393-408. Roberts, John H., and James M. Lattin (1991), "Development and testing of a model of consideration set composition," Journal of Marketing Research, 28 (4), 429-440.

[6] Darren Clark, Chief Commercial Officer of CCA, testified in a deposition taken during discovery in the BBK v CCA litigation that the purpose of the mfour market research was to allow CCA to "get a better understanding of brand awareness, purchasing and consideration factors, those sorts of things." (p.203) He went on to explain that the objectives articulated by CCA for the mfour surveys were to "begin measuring brand awareness. We wanted to start understanding purchase drivers, right, what are—how are—what are influencing consumers to make the purchases they mark; how much are they spending, right, on their cannabis purchases; how often are they making purchases. That gets back to the behavioral-driven implications." (p.205)

The mfour reports indicate that data was collected between the following dates for each report:

- 2019 mfour Report: October 4th- 15th, 2019,
- 2020 Quarter 1 mfour Report: February 13th- March 26th, 2020
- 2020 Quarter 2 mfour Report: April 2nd - June 28th, 2020
- 2020 Quarter 3 mfour Report: July 1st - September 27th, 2020; and
- 2020 Quarter 4 mfour Report: October 1st - December 29th, 2020.

As noted in the Objective and Methodology section of each mfour report, the "strategy" included asking consumers questions about:

- "Cannabis consumption behavior and attitudes;
- Raw Garden brand awareness and perceptions;
- Cannabis purchase journey, consideration, and behavior;
- New product discovery and competitive review."

Based on my review of the five mfour reports and the information reported in them, I have the following observations about the degree of care exhibited by the surveyed customers:

1. **The Survey Universe Appears to be Biased in Favor of Purchasers with a Higher Level of Involvement When Making Purchasing Decisions**: Per the information provided in the five mfour reports, the survey was conducted as an online survey for mobile devices. The sample consists of 50% customers who visited dispensaries and 50% customers who shopped via a mobile device. Presumably, the targeted survey universe of mobile users is likely to be more sophisticated than non-mobile responders and that may bias responses towards greater involvement. Given the plethora of mobile apps targeting consumers in this industry and given the responders respond to the survey via a mobile app, the sampling procedure described is more likely to include users of cannabis apps, than lay users who only rely on the salesperson in the dispensary for all their knowledge. Therefore, I believe the results reported in the mfour reports are likely to be biased in favor toward those purchasers of cannabis products who might have a higher level of involvement in making their purchase decisions, compared to other purchasers of cannabis products.

2. **The Comparatively Low Importance to Purchasers of Objective Product Attributes, like Production Quality and Source of Ingredients, Suggests Low Involvement When Making Purchasing Decisions**: In Question 31 of the reported survey, responders are asked to rate the importance of different factors in their choice of product/brand ("How important are the following factors in influencing your decision to buy a Cannabis product/brand?"). In the responses, the respondents repeatedly identify product price as one of the top 3, at 87-90%, important attributes affecting their purchase decisions. In contrast, the majority of objective attributes (like the manner in which ingredients are extracted, or the origin location of the source plant) top out at the low to high 70's. This pattern and the importance of price are usually characteristic of low involvement commodity purchasing. Therefore, this information in the mfour reports suggests that purchasers of cannabis products, like those sold using the Raw Garden name, are likely to place a lesser importance on objective attributes (like the manner in which ingredients are extracted, or the origin location of the source plant) while deciding which brand of cannabis product to purchase.

3. **Low Percentage of Planned Purchasing Decisions Suggests High Level of Impromptu or Impulse**

**Purchasing Decisions**: In response to Question 33 in the reported survey ("How far in advance do you typically decide what kind of Cannabis product/brand you're going to buy before you shop?"), 88-92% report deciding what to purchase on the same day as the purchase or even in the store (50- 52%), as opposed to pre-planning their purchase. The high rate of same-day and in-store purchase decisions strongly signal that cannabis products, including those carrying the at-issue Raw Garden mark, may be acquired through impromptu or impulse purchases. In fact, one of the two statements provided in the 2020 Quarter 3 Report (fourth wave) was an answer by a survey respondent stating that purchasing is based on: "What's available and good that day." Of the 8-12% who decide ahead of time, 39-54% report being influenced by transient available promotions, indicating that factors other than the brand name, such as the at-issue Raw Garden trademark, determine purchasing decisions, and that purchasing decisions are formed on impulse. Therefore, this information in the mfour reports suggests that purchasers of cannabis products, like those sold using the Raw Garden name, are likely to exhibit purchasing habits that are in the range of low planning purchases, such as impromptu or impulse purchasing decisions.

4. **Relatively Low Price Range for Products Is Consistent with Low-Involvement Purchasing Decisions**: In response to Question 34 ("How much do you typically spend on the below Cannabis products in a given trip to the dispensary?"), the responders included in the mfour reports indicated that the majority of their purchases fall in a fairly low spend-range ($21-60) – the amount spent per visit, which could include one or more products, such that the price of the product(s) purchased must be at this spend level or lower. Lower product prices are another characteristic for low involvement. This information in the mfour reports suggests that purchases of cannabis products, like those sold using the Raw Garden name, are likely to involve purchases of low or lower price products for which some consumers' purchasing decisions involve low involvement.

5. **Open ended Responses Are Consistent with Low Involvement Purchasing Decisions:** All five mfour reports present the survey respondents' verbatim responses to Question 36a about the reasons for purchasing products like those offered by CCA under the Raw Garden brand ("You said you purchased the brand Raw Garden in the past year. What were the primary reasons?"). Those open-ended responses point to a minority of survey respondents who claim to be driven by the cannabis products' 'attributes/effect' (e.g., 19%) in the 2020 Quarter 3 Report (fourth wave of the survey), as opposed to the cannabis products' price and the purchasers' friends' recommendations (28% and 29%, respectively in the 2020 Quarter 3 Report (fourth wave)). Together, most responders seem to cite factors that are consistent with low involvement purchasing.[7] This information in the mfour reports suggests that, for consumers of cannabis products, like the Raw Garden products, the product price and product promotions play a major role in their purchasing decisions for these products. Such factors are consistent with low involvement purchasing decisions.

## VI. Qualitative Observations

On August 7th, 2021, I conducted qualitative research of the in-store purchase process of cannabis products in five dispensaries in the San Diego area (see appendix B for details). In those dispensaries I observed customers and customer-salesperson interactions, assortments, decision aids, and various marketing mix variables (e.g., promotion tactics, influence tactics, display formats).

[7] I do not have access to the underlying raw data, and focus on the main takeaways from the analyses as presented by the market research company.

Overall, I observed 43 customers making in-store purchase decisions, and two customers picking up online orders. Almost all customers seem to rely on salesperson direction and advice, regardless of whether they are new or repeat customers. Per my observations, salespeople frequently led conversations focused on what is new, what is trendy, and what is currently “a good deal.” Such pattern generally suggests low brand loyalty and low consumer care.

Overall, I observed the ratio of employees to customers at a given store was close to 1:1; in fact, some dispensaries let a customer enter the store only when there was an available salesperson to meet and work with the customer. In most cases, customers could not, on their own, touch the product or read what the packaging says. Employees spoke in a way that reflected as if they have category expertise, and that fostered trust. Both shoppers and employees often refer to products by their respective brand name. As a result, during most of these conversations, customers appeared to follow employee recommendations.

There seem to be ample cross sub-category interest. That is, customers will switch from one consumption method to another and from one type of product for another, as long as they obtain their desired outcome. This pattern suggests outcome as opposed to product focus, consistent with low consumer care with respect to the product.

Finally, most new customers seem overwhelmed with the breadth of product and product types offered, suggesting they did not conduct thorough research before coming to the dispensary.

These observations are consistent with the above-mentioned data presented across the five mfour reports.

## VII. Summary of Opinion

The evidence provided in the five mfour reports and my observations of the purchasing process at dispensaries is evidence consistent with low involvement purchasing behavior consistent with low degree of consumer care.

In particular, even with a survey universe potentially biased towards high involvement, the five mfour reports provide evidence that the purchasers of cannabis products who purchase products, like those sold by CCA using the Raw Garden name, involve the following factors that generally characterize low consumer involvement:

- a lesser importance placed on objective attributes while deciding which brand/product to purchase,
- purchasing habits that range from low planning to impulse purchasing.
- relatively low average product purchase price, and
- a major role for price and promotions in the purchase decision.

All these factors generally characterize low consumer involvement and are consistent with low degree of consumer care.

The observations conducted at the five dispensaries in San Diego also support these conclusions for the following reason: most consumers did not purchase ahead, nor did they arrive with a pre-determined notion of a specific product to purchase.

Based on the information presented to me, I would conclude that the majority of consumers in this cannabis product category tend to low purchase involvement. This conclusion may change if new or additional information is presented.

Respectfully submitted,

______________________________ August 13, 2021

On Amir Date

Appendix A

## *On Amir*

Rady School of Management
University of California, San Diego
Wells Fargo Hall
9500 Gilman Drive, MC 0553
La Jolla, CA 92093-0553
(858) 534-2023
oamir@ucsd.edu

---

***Education***

Ph.D., Management Science, Marketing, Massachusetts Institute of Technology
B.S., Computer Science, Israeli Open University, Tel Aviv

***Academic Employment***

| | |
|---|---|
| 2020 – present | Wolfe Family Presidential Endowed Chair in Life Sciences, Innovation, and Entrepreneurship,<br>Professor of Marketing<br>Rady School of Management, University of California, San Diego, |
| 2018 - 2021 | Associate Dean of Programs<br>Rady School of Management, University of California, San Diego |
| 2018 – 2020 | Professor of Marketing<br>Rady School of Management, University of California, San Diego |
| 2010 – 2017 | Associate Professor of Marketing<br>Rady School of Management, University of California, San Diego |
| 2012 – 2013 | Visiting Associate Professor of Marketing<br>Kellogg School of Management, Northwestern University |
| 2011 – 2012 | Visiting Professor of Marketing<br>Arison School of Management, IDC |
| 2005 – 2010 | Assistant Professor of Marketing<br>Rady School of Management, University of California, San Diego |
| 2003 – 2005 | Assistant Professor of Marketing<br>School of Management, Yale University |

***Other Employment***

| | |
|---|---|
| 2018 - present | Chief Behavioral Science Officer, Fiverr, Inc. |
| 1991 – 1999 | Israeli Air Force |

---

***Publications***

Elanor Williams, Allie Lieberman, & On Amir (2021). Perspective Neglect: Inadequate Perspective Taking Limits Coordination, Judgment and Decision Making, 16 (4), 898-931.

Weingarten, Evan, Michael W. Meyer, Amit Ashkenazi, & On Amir (2020). Experts Outperform Technology in Creative Markets, She Ji: The Journal of Design, Economics, and Innovation.

Alicea Lieberman , Kristen Duke, & On Amir (2019). How Incentive Framing Can Harness the Power of Norms, Organizational Behavior & Human Decision Processes.

Kristen E. Duke & On Amir (2019). Guilt Dynamics: Consequences of Temporally Separating Decisions and Actions, Journal of Consumer Research.

On Amir, Nina Mazar, & Dan Ariely (2019). Replicating the Effect of Moral Standards Accessibility on Dishonesty, Author's Response to the Replication Process, Advances in Methods and Practices in Psychological Science.

Raphael Thomadsen, Robert P. Rooderkerk, On Amir, Neeraj Arora, Bryan Bollinger, Karsten Hansen, Leslie John, Wendy Liu, Aner Sela, Vishal Singh, K. Sudhir, & Wendy Wood (2018). How Context Affects Choice, Customer Needs and Solutions, 1-2, 3-14.

Kristen Duke, Kelly Goldsmith, & On Amir (2018). Is the Preference for Certainty Always so Certain?, Journal of the Association of Consumer Research, 3(1), 63-80.

Coby Morvinski & On Amir (2018). Liking Goes with Liking: An Intuitive Congruence between Preference and Prominence, Journal of Experimental Psychology: Learning, Memory, and Cognition.

Daniella Kupor, Wendy Liu, & On Amir (2017). The Effect of an Interruption on Risk Decisions, Journal of Consumer Research, 44 (6), 1205–1219.

Andrea Morales, On Amir, & Leonard Lee (2017). A Tutorial in Consumer Research: Keeping it Real in Experimental Research – Understanding When, Where, and How to Enhance Realism and Measure Consumer Behavior, Journal of Consumer Research, 44 (2), 465–476.

Kerem Shuval, Tammy Leonard, Jeffrey Drope, David L. Katz, Alpa V. Patel, Melissa Maitin-Shepard, On Amir, & Amir Grinstein, (2017). Physical Activity Counseling in Primary Care: Insights from Public Health & Behavioral Economics, CA: A Cancer Journal for Clinicians, 67(3), 233-244.

Coby Morvinski, On Amir, & Eitan Muller (2017). "Ten Million Readers Can't Be Wrong!," or Can They? On the Role of Information About Adoption Stock in New Product Trial, Marketing Science, 36(2), 290-300.

On Amir and Orly Lobel (2014). How Non-Competes Stifle Performance, Harvard Business Review, 92 (1/2), p.26.

On Amir and Orly Lobel (2013). Driving Performance: A Growth Theory of Non-Compete Law, Stanford Technology Law Review, 16 (3), spring.

On Amir and Orly Lobel (2012). Liberalism and Lifestyle: Informing Regulatory Governance with Behavioral Research, European Journal of Risk Regulation, 1, 17-25.

Kelly Goldsmith and On Amir (2010). Can Uncertainty Improve Promotions, Journal of Marketing Research, December, 1070-1077.

Leonard Lee, On Amir, and Dan Ariely (2009). In Search of Homo Economicus: Cognitive Noise and the Role of Emotion in Preference Consistency, Journal of Consumer Research, 36, 173-187.

Anastasiya Pocheptsova, On Amir, Ravi Dhar, and Roy Baumeister (2009). Deciding without Resources: Psychological Depletion and Choice in Context, Journal of Marketing Research, June, 46 (3), 344-355.

On Amir and Dan Ariely (2008). Resting on Laurels: The Effects of Discrete Progress Markers as SubGoals on Task Performance and Preferences, Journal of Experimental Psychology: Learning, Memory, & Cognition, 34 (5), 1158-1171.

On Amir and Orly Lobel (2008). Stumble, Predict, Nudge: How Behavioral Economics Informs Law and Policy, Columbia Law Review, December, 2098-2138.

Nina Mazar, On Amir, and Dan Ariely (2008). The Dishonesty of Honest People: A Theory of Self-Concept Maintenance, Journal of Marketing Research, November, 45 (6), 633-644, (lead article).

*Media coverage: NY Times Science section (Nov. 20th, 2007)

*HBR Breakthrough Ideas for 2008.

*Winner of the 2012 William F. O'Dell award.

Nina Mazar, On Amir, and Dan Ariely (2008). More Ways to Cheat – Expanding the Scope of Dishonesty, Journal of Marketing Research, November, 45 (6), 651-653.

On Amir and Jonathan Levav (2008). Preference construction versus choice construction: The instability of preferences learned in context. Journal of Marketing Research, April, 145-158.

On Amir, Ziv Carmon, and Dan Ariely (2008). The Dissociation between Monetary Assessments and Predicted Utility, Marketing Science, 27 (6), 1055-1064.

On Amir and Dan Ariely (2007). Decisions by Rules: The Case of Unwillingness to Pay for Beneficial Delays. Journal of Marketing Research, February, 142-152.

On Amir, Dan Ariely, Alan Cooke, David Dunning, Nicholas Epley, Botond Koszegi, Donald Lichtenstein, Nina Mazar, Sendhil Mullainathan, Drazen Prelec, Eldar Shafir, Jose Silva (2005). Behavioral Economics, Psychology, and Public Policy. Marketing Letters (Special Issue for the Sixth Choice Symposium), 16:3/4, 443-454.

***Other Publications***

Alicia Lieberman, Andrea C. Morales, and On Amir (2019). Beyond the Lab: Using Data from the Field to Increase Research Validity, in Handbook of Research Methods in Consumer Psychology, Frank R. Kardes, Paul M. Herr, and Nobert Schwarz, Editors, Routledge.

"Is the Mind like a Muscle?" Scientific American, Mind, online edition.

"Making Consumption Decisions by Following Personal Rules", In Inside Consumption: Frontiers of Research on Consumer Motives, Goals, and Desires. Ratti Ratneshwar & David Mick (eds.), Routledge Press 2005. (with Dan Ariely & Orly Lobel)

On Amir & Ariely Dan (2001) e-Rationality: Rationality in Electronic Environments. In S.M. Broniarczyk, & K. Nakamoto, Advances in Consumer Research, 24. Provo, UT.

On Amir (2004) Alternative Decision Processes in Consumption: Personal Rules, Rationales, and Identity Maintenance, Advances in Consumer Research, XXXI, 26.

---

***Selected Research in Progress***

The Quantity Integration Effect: When Integrating Purchase and Quantity Decisions Increases Sales (with Kristen Duke) - invited revision at Marketing Science

Goal Proximity, Social Information, and Giving: When Norms Backfire (with Coby Morvinski and Matt Lupoli) – revision invited Journal of Marketing

The Entrenchment Effect (with Allie Lieberman and Ziv Carmon) – Under review at Journal of Marketing Research

Tangential Immersion (with Allie Lieberman and Andrea Morales) – Under revision requested at Journal of Consumer Research

How Different Encoding Processes Influence Confidence (with Giulia Maimone and Uma Karmarkar) – Under review at Journal of Experimental Psychology: Learning, Memory, and Cognition

The most Influential Age Hypothesis: Does the Self Cause Predictable Preferences (with Nina Mazar) – revision invited Management Science.

Reference Escalation in Sequential Choice (with Coby Morvinski) – under review Marketing Science

My Experience or My Expectations: The Effect of Expectations as Reference Points on Evaluations of Experiential Purchases (with Amar Cheema, Davide Proserpio, and Stephanie Tully) – under review Journal of Consumer Research.

Coming Alive through Headphones (with Allie Lieberman and Juliana Schroder) - under review Organization Behavior and Human Decision Processes

The Effect of Stated Preference on Subsequent Revealed Preference: Experimental evidence from labor decisions (with Coby Morvinski and Silvia Saccardo) – under review at Management Science

Risk Aversion as Self Control (with Orly Lobel and Kelly Goldsmith)

Driving Pro-Environmental Choice (with Elizabeth A. Keenan and Ayelet Gneezy)

Risk Management for the Future: Age, Risk, and Choice Architecture (with Orly Lobel)

---

***Honors and Awards***

MSI Research Award: “Do Experts Outperform Artificial Intelligence? The Case of Logo Design,” # 4000657, 2019
MSI Research Award: “Quantity Integration,” #4000477, 2018
MSI Research Award: “New Product Adoption,” #4-1842, 2014
Robert Woods Johnson Foundation research grant for Healthy Choices.
MSI Junior Scholars 2009
“Most Valuable Professor Award,” voted by the Flex MBA class of 2007
“Most Valuable Professor Award,” voted by the Fulltime MBA class of 2007
MSI Research Award: “Motivating Discounts: Price Motivated Consumer Reasoning”, #4-1273, 2004
AMA - Sheth Doctoral Consortium Fellow, 2002
MSI Research Award: “Information Aversion: Indecision, Procrastination, and Consumer Choice Online”, #4-1141, 2001
CS Holding Fellowship, 2001
Walter A Rosenblith Fellowship, 2000

---

***Conference presentations and Invited Talks***

University of California, Berkeley, Haas (2015)
University of Toronto, Rotman (2015)
University of Southern California, Marshal (2014)
University of Southern California, Psychology (2013)
University of Pennsylvania, Wharton (2007, 2013)
University of Chicago, Booth (2013)
Northwestern University, Kellogg (2012)
Interdisciplinary Center, Arison (2011)
Tel Aviv University, Recanati, Coller (2008, 2009, 2018)
Stanford University, GSB (2009)
Columbia University, GSB (2009)
University of California, San Diego, Psychology (2005, 2006, 2007, 2008)
University of California, San Diego, Economics (2008)
Erasmus University (2008)
University of Melbourne (2007)
Hebrew University (2007)
Washington University, St. Louis (2007)
University of San Diego, School of Law (2006)
University of California, Los Angeles, Anderson (2004)
Yale University, Psychology (2004)
INSEAD (2004, 2015)
Johns Hopkins University (2017)
NUS (2018)
Ben Gurion University (2018)
HKU (2019)
CUHK (2019)

Association for Consumer Research, 2001, 2003, 2004, 2006, 2007, 2013, 2015, 2016
Society of Consumer Psychology, 2004, 2005, 2008, 2012, 2014, 2015, 2016, 2017
Society for Judgement and Decision Making, 2003, 2005, 2006, 2011, 2015, 2016
Behavioral Decision Making Research in Management, 2002, 2006, 2008, 2014, 2016, 2018
FUR, IESE, 2008
Marketing in Israel, 2002, 2003, 2005
Northeastern Marketing Consortium 2003
Coller Conference of Behavioral Economics 2017, 2019
DMEP 2019

***In the Media***

You could be one of three San Diegans who just won $50,000 in the state's vaccine lottery. San Diego Union Tribune, June 4, 2021.
California's vaccine incentives program – KPBS, May 2021.
San Diego health systems ask for fewer vaccine doses, turn down extra amid supply glut. San Diego Union Tribune, May 10, 2021.
2021's Best Pleaces for Valentine's Day. WalletHub, February 2, 2021.
We're getting closer to having a Covid-19 vaccine. Hold onto that mask, though. San Diego Union Tribune, October 25, 2020
Psychology of Pricing: How to Price you Products Effectively, The Do List, May 23, 2019

The Celebrity of Legalized Cannabis, Pacific San Diego, May 20, 2019
Marines may ditch 'The Few, the Proud' slogan, San Diego Union Tribune, October 11, 2016
The free-shipping wars have begun, San Diego Union Tribune, October 2013
The Young and The Promising, TheMarker magazine, 2011
Consumer Emotional Reactions to Changing Gas Prices, Ch. 10 News, August 2008
Jogging Down the Comeback Trail, San Diego Union Tribune, August 2007
Big Business and the Consumer, Jeremy Seville Comedy Hour, WealthTV 2007
Social Marketing, San Diego Union Tribune, May 2007
Trends in E-commerce, San Diego Business Journal, July 2006
Dating websites, San Diego Union Tribune, April 2006
Database marketing, Campus Technology, November 2005
Christmas shopping, Hartford Courant, December 2004

---

***Service***

*PhD Committee*

Uzma Khan, Yale SOM, 2005
Michael Liersch, UCSD Psychology, 2007
Elizabeth Keenan, UCSD, 2015
Coby Morvinski, UCSD, 2015 (Chair)
Charles Lin, UCSD Economics, 2015
Kristen Duke, UCSD (Chair)
Alicea Lieberman, UCSD (Chair)

*Conferences*

Program committee for: SCP, ACR, BDRM, SJDM
Conference Chair: SCP 2017

***Reviewer***

Journal of Marketing Research
Marketing Science
Journal of Experimental Psychology: General
Journal of Economic Psychology
Journal of Consumer Research
American Economic Review
Journal of Consumer Psychology
Memory and Cognition
Psychology and Marketing
Cognition
Journal of Behavioral Decision Making
Organizational Behavior and Human Decision Processes
Psychological Science
Journal of Personality and Social Psychology
Management Science
Journal of Economic Behavior and Organizations
Science

***Member***

Association for Consumer Research
Association for Consumer Psychology
Society for Judgment and Decision Making
American Psychological Society
American Marketing Association

---

***Teaching Experience***

Marketing Management (MBA, Executive)
Analytics in the wild (MBA, Executive)
Consumer Behavior (MBA, Executive)
Market Research (MBA, Executive)
Social Psychology (teaching fellow, Harvard)
E-Commerce Strategy (Executive)
Data Driven Decision Making (Executive)
Customized Executive Programs
Pricing (Executive)
Lab to Market (MBA, Executive)
Intro to Business (Graduate)
Branding (Executive)

***Consulting and Executive Teaching Experience***

Electronic Arts, HP Inc., Fiverr, Illumina, AAA, USAI, Cubic Corporation, Zimmer Dental, Life Technologies / Thermo Fisher, Intuit, WellBeat, Keiser Permanente, HP Software, Sony Entertainment, Applied Biosystems, Kumbaya App, Gamitee.

***Litigation Cases***

*Town of Apple Valley v. Apple Valley Ranchos Water Company*, CIV-DS-1600180, California Superior Court, San Bernardino. Retained by defendant. Deposed.

*Arechiga v. Kellwood Company/Vince LLC*, Case No. BC500988, Superior Court of California, County of Los Angeles. Retained by defendant. Deposed.

*San Diego County Credit Union v. Citizens Equity First Credit Union*, 3:18-CV-00967- GPC-MSB, United States District Court for the Southern District of California. Retained by defendant. Deposed & court testimony.

*Yamagata v. Reckitt Benckiser LLC.* Case No. 3:17-cv-03529-VC, United States District Court for the Northern District of California. Retained by defendant. Deposed.

Warner Records, Inc., et al. v. Charter Communications, Inc., Case No.: 1:19-cv-00874, United States District Court for the District of Colorado. Retained by plaintiffs. Report submitted.

Appendix B

**Dispensaries visited:**

TORREY HOLISTICS INC - 10671 Roselle St #100, San Diego, CA 92121




MANKIND COOPERATIVE - 7128 Miramar Rd, San Diego, CA 92121




COLUMBIA CARE - 4645 De Soto St, San Diego, CA 92109




URBN LEAF - 1028 Buenos Ave, San Diego, CA 92110



GOLDEN STATE GREENS - 3452 Hancock St, San Diego, CA 92110




**Summary details:**

| Store name | Number of in store customers observed | Number of employees present | Number of online order pickup customer observed | Selling format | Comments |
|---|---|---|---|---|---|
| **TORREY HOLISTICS** | 9 | 7 | 0 | Salesperson, products behind glass | |
| **MANKIND COOPERATIVE** | 20 | 8 | 1 | Self-serve | Only one person purchased without discussion with a salesperson. New customers walk with a sign. |
| **COLUMBIA CARE** | 5 | 3 | 0 | Part self-serve, part salesperson | Everyone asked for advice. Digital system to help customers focus on product type |
| **URBN LEAF** | 4 | 8 | 1 | All products behind glass | Many deals, most cross category |
| **GOLDEN STATE GREENS** | 5 | 10 | 0 | All products behind glass | Many types of deals |
| **Total** | 43 | | | | |

**Examples of price promotions:**













4826-6675-3014 v3 [58183-66]